IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-MC-175-GCM-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| APPROXIMATELY $44,875 IN UNITED STATES CURRENCY, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's "*Ex Parte* Motion for Extension Of Time To File Forfeiture Complaint" (Document No. 1) filed October 12, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "*Ex Parte* Motion for Extension Of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**. The Government may file its Complaint on or before **November 23, 2022**.

**SO ORDERED**.

Signed: October 13, 2022

David C. Keesler
United States Magistrate Judge